UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HEATHER TRAINER,

Plaintiff,

Case No. 3:26-cv-215

vs.

RELIASTAR LIFE INSURANCE COMPANY, *et al.*,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendants.

---

**ORDER TERMINATING AS MOOT DEFENDANT KTH PART INDUSTRIES INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. No. 14)**

---

On November 3, 2026, the parties filed a stipulation to dismiss with prejudice Defendant KTH Parts Industries, Inc. from this case. Doc. No. 15. In light of the dismissal, KTH Parts Industries, Inc.'s pending motion for judgment on the pleadings (Doc. No. 14) is **TERMINATED** as moot.

**IT IS SO ORDERED.**

November 16, 2026

/s *Michael J. Newman*
Hon. Michael J. Newman
United States District Judge